In the Matter of ALEXANDER HAHNL, Appellant, v. MARTIN P. CATHER-WOOD, as Industrial Commissioner, et al., Respondents.—

986

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.